WOMETCO TELEVISION & THEATRE CO. *v.*
UNITED STATES ET AL.

No. 438.  Decided November 12, 1957.

*Monroe E. Stein* and *Richard F. Wolfson* for appellant.

*Solicitor General Rankin, Assistant Attorney General Hansen* and *Charles H. Weston* for the United States, and *Albert R. Connelly* for the Miami Beach Theatre Corporation, appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

SWIFT ET AL., TRUSTEES OF THE CONGREGA-
TION OF JEHOVAH'S WITNESSES, BETHEL
UNIT, *v.* BOROUGH OF BETHEL,
PENNSYLVANIA, ET AL.

No. 437.  Decided November 12, 1957.

*Hayden C. Covington* for appellants.

*Arthur W. Henderson* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.